JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN FARKAS, | CASE NO: CV 17-2541-GW(Ex) |
| Plaintiff, | Honorable George H. Wu |
| VS. | JUDGMENT |
| AETNA LIFE INSURANCE COMPANY, | Complaint Filed: April 3, 2017 |
| Defendant. | |

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS**:

Judgment is hereby entered in favor of Alan Farkas and against Defendant Aetna Life Insurance Company ("Aetna") in accordance with the terms of the Court's Final Ruling on Court Trial (Docket No. 52).  The Court overturns Aetna's determination that Mr. Farkas's disability was pre-existing, and finds that Aetna waived the issue of whether he was disabled from his "own occupation" by failing to properly raise it during the administrative proceedings.  As such, the Court overturns Aetna's denial of Mr. Farkas's claim for long term disability benefits.

///

Aetna is ordered to pay past due benefits to Mr. Farkas for the 24 month "own occupation" period of the Plan. This Court remands this matter back to Aetna and Aetna is further ordered to determine whether Mr. Farkas is entitled to continued benefits pursuant to the Plan's "any reasonable occupation" definition of disability.

Aetna shall pay prejudgment interest on the past due benefits at the annual rate of 2.27 % on the monthly payment stream, computed daily and compounded annually. In addition, Aetna shall pay post-judgment interest at the rate of 2.27% on any past due benefits which remain unpaid as of the 14th day after the date of this Judgment.

As Plaintiff is the prevailing party in this litigation, Plaintiff may apply to the Court for an award of attorneys' fees and recovery of costs of action.

**IT IS SO ORDERED, ADJUDGED AND DECREED**

**DATED:** June 8, 2018

_____
The Honorable George H. Wu
United States District Judge

**2**
**Judgment; Case No. 2:17-cv-02541-GW (Ex)**